USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
      -against- : 16 Cr. 763-7 (LGS)
:
HATEM BEHIRY, : ORDER
:
                          Defendant. :
------------------------------------------------------------:
                                                X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing for Hatem Behiry will be on **March 24, 2020, at 11:30 a.m**.

Dated: December 17, 2019
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**