UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                  Plaintiff,

                -against-

    HATEM BEHIRY,
                                  Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2020

16 Cr. 763-07 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Hatem Behiry's sentencing hearing previously scheduled for March 24, 2020, is adjourned to **May 7, 2020 at 2:00 p.m.** due to a conflict in the Court's schedule.

Dated: March 18, 2020
       New York, New York

                                            _____
                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE