UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                              Plaintiff,

                              16 Cr. 763-07 (LGS)
             -against-

                              <u>ORDER</u>
    HATEM BEHIRY,
                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Hatem Behiry's sentencing hearing previously scheduled for May 7, 2020, is adjourned to **July 21, 2020 at 2:00 p.m.**

Dated: April 29, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE