```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                      Plaintiff,            :
                                                            :      16 Cr. 763 (LGS)
                  -against-                                 :
                                                            :      ORDER
  HATEM BEHIRY,                                             :
                                      Defendant,            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for October 1, 2020 is adjourned to **October 6, 2020** at **11:00 a.m.**

Dated: September 23, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**