UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| - v. - : | ORDER OF RESTITUTION |
| HATEM BEHIRY, : | S3 16 Cr. 763 (LGS) |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, David Raymond Lewis, Stephen J. Ritchin, and Timothy V. Capozzi, Assistant United States Attorneys, of counsel; the Presentence Report; the Defendant's conviction on Counts One through Five of the above Indictment; and all other proceedings in this case,

IT IS HEREBY ORDERED that:

1. Amount of Restitution. HATEM BEHIRY, the Defendant, shall pay restitution in the total amount of $5,757,661 to the federal Medicare Program.  Payments shall be made to the Clerk of the Court and mailed to the United States Courthouse, 500 Pearl Street, New York, New York 10007, attn: Cashier.   The Clerk shall forward all payments owed to the Medicare Program to:

>Centers for Medicaid and Medicare Services ("CMS")
>Division of Accounting Operations
>P.O. Box 7520
>Baltimore, MD  21207-0520

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. Schedule of Payments.

   a. If, during any period of incarceration, HATEM BEHIRY is engaged in a BOP non-UNICOR work program, Defendant shall pay $25 per quarter toward the judgment.

       However, if Defendant participates in the BOP's UNICOR program as a grade 1 through 4, Defendant must pay 50% of his monthly UNICOR earnings toward the judgment, consistent with BOP regulations at 28 C.R.F. § 545.11.

    b. Following any period of incarceration, HATEM BEHIRY shall pay any remaining restitution in monthly installments of at least 10% of his gross monthly income, commencing on the last day of the first full month following his release from incarceration.

3. Joint and Several Liability. Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically

    a. Aleksandr Burman, under docket number 16 Cr. 190 (PGG); and

    b. Paul J. Mathieu, Ewald J. Antoine, Mustak Y. Vaid, Lina Zhitnik, Asher Oleg Kataev, Alla Tsirlin, Marina Burman, Edward Miselevich, and Ivan Voychak, under docket number 17 Cr. 763 (LGS).

4. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York  
       October 7, 2020

                                                  LORNA G. SCHOFIELD  
                                             UNITED STATES DISTRICT JUDGE