UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA          :
                             Plaintiff,   :
                                         :     16 Cr. 763-07 (LGS)
               -against-                 :
                                         :     <u>ORDER</u>
HATEM BEHIRY,                        :
                                  Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS Defendant Hatem Behiry was sentenced, and judgment was entered on October 6, 2020. (Dkt. No. 789)

       WHEREASA the Judgment incorrectly states a surrender date of February 19, 2020.  It is hereby,

       ORDERED that Defendant Hatem Behiry shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on February 19, 2021.

Dated: October 21, 2020
New York, New York

                                                      LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**