UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HATEM BEHIRY,<br><br>                    Movant,<br><br>       -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 21-CV-1779 (LGS)<br><br>16-CR-763 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Movant has filed a petition pursuant to 28 U.S.C. § 2255, and the Court concludes that the motion should not be summarily dismissed as being without merit.  It is hereby

**ORDERED** that within **sixty days** of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion.  It is further

**ORDERED** that Movant shall have **thirty days** from the date on which Movant is served with Respondent's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.  All further papers filed or submitted for filing in this habeas matter shall contain the caption for the civil case and shall be filed on the civil docket.

The Clerk of Court is respectfully directed to (1) notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued and (2) file this Order on the docket in this case and the related criminal case.

Dated:  March 3, 2021
           New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE