UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                 Plaintiff,

                       -against-

    HATEM BEHIRY,
                                 Defendant,
-------------------------------------------------------- X

16 Cr. 763-07 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Defendant Hatem Behiry's surrender date is currently March 19, 2021.

    WHEREAS Chambers received the Government's emailed letters dated March 17, 2021, and March 18, 2021, which were copied to defense counsel.

    WHEREAS the Bureau of Prisons has issued a notice to Defendant directing him to surrender on March 19, 2021, at 10:00 a.m. at the Devens Medical Center.   It is hereby

    **ORDERED** that for the avoidance of doubt, Defendant's surrender date has not changed.

Dated: March 18, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**