UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                   Plaintiff,               :
                                                            :    16 Crim. 763 (LGS)
                    -against-                               :
                                                            :    ORDER
HATEM BEHIRY,                                               :
                                   Defendant.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated February 28, 2022, Petitioner submitted a motion to terminate counsel of record. It is hereby

**ORDERED** that Petitioner's motion to terminate counsel of record is **GRANTED**.

The Clerk of Court is respectfully directed to terminate the motion at Docket No. 833 and to terminate Mr. Chabrowe's receipt of ECF notices.

Dated: March 15, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE