UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
HATEM BEHIRY, :
                Plaintiff, :
: 21 Civ. 1779 (LGS)
    -against- : 16 Crim. 763
:
UNITED STATES OF AMERICA, : ORDER
               Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 10, 2022, directed the Government to serve a copy of that order on Petitioner and file proof of such service on the docket by March 16, 2022.

    WHEREAS, the Government has not filed proof of service. It is hereby

    **ORDERED** that by **March 21, 2022**, the Government shall file proof of such service.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Petitioner.

Dated: March 17, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE