```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :   16 Cr. 763-07 (LGS)
                    -against-                               :
                                                            :           ORDER
    HATEM BEHIRY,                                           :
                                            Defendant.     :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS pursuant to the Court's Order dated June 15, 2022, Defendant's opposition to the Government's Motion for Bail Funds to be Applied to Outstanding Criminal Penalties was due on June 24, 2022. (Dkt. No. 857);

WHEREAS no opposition has been filed.  It is hereby

**ORDERED** that Defendant's opposition, if any, shall be filed as soon as possible but no later than **July 8, 2022**, at **noon**.  If no opposition is filed, the motion will be deemed fully briefed.  The Government shall file any reply by **July 22, 2022**.

Dated: July 5, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE